IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                            CHAPTER 13

NANCY PARTNEY                                     CASE NO. 04-11190 NLJ

      Debtor(s).

COMPLETED
_____
NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

    THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES. THE FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a) AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 09/01/2009 | 911006 | NANCY PARTNEY | 2036 MATTERN DR OKC, OK 73118 | $ 27.46 |

DATED: 01/19/2010

                        /s/ John Hardeman
                        _____
                        CHAPTER 13 TRUSTEE
                        P.O. BOX 1948
                        OKLAHOMA CITY, OK 73101
                        (405)236-4843

                                      #334/LB